**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507**
WWW.PAWD.USCOURTS.GOV

**ROBERT V. BARTH, JR.**
**CLERK OF COURT**
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: May 2, 2006



Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA  19106

IN RE: <u>USA v. Russell, Dacus</u>
WESTERN DIST. OF PA NO. 04-53 Erie
U.S.C.A. NO.

Dear Ms. Waldron:

Enclosed please find:

|   |   |
|---|---|
| _ | One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record. |
| <u>X</u> | Actual Record with one certified copy and one uncertified copy of the docket entries. |
| _ | One certified copy of the docket entries to be filed as the Certified List in Lieu of the _ Supplemental Record. |
| _ | Actual _ Supplemental Record with one certified copy and one uncertified copy of the docket entries. |

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: /s/ Debra L. Mayo
Debra L. Mayo
Deputy Clerk

**RECEIVED**

MAY 1 2 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Enclosures
RECEIPT ACKNOWLEDGED BY: _____ DATE _____