```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
V.                           )   Case No. 1:04CR00053-001
                             )
JONTEE D. RUSSELL,           )   Judge Maurice B. Cohill
        DEFENDANT.           )
```

**MOTION TO AMEND JUDGEMENT.**

**NOW COMES,** Defendant, Jontee D. Russell, pro se, who respectfully files this Motion to Amend Judgement.

Defendant was sentenced by this Court on June 22, 2005, and placed in the custody of the United States Attorney General, to serve a sentence of Sixty (60) Months, within the Federal Bureau of Prisons, as to Count ONE (1) of the Federal Indictment.

Shortly thereafter, Defendant was released by the United States Marshal's Service, to the custody of Erie County, for which the Defendant was to serve, Twenty (20) Months on a Parole Violation. As a direct result of this transfer, the Defendant's Federal Sentence of Sixty (60) Months was interrupted.

Subsequent to the actions which has caused the Defendant's Federal Sentence to stop, the Defendant time spent in the custody of Erie County has not been credited towards the sentence Judge Maurice B. Cohill imposed on June 22, 2005.

**WHEREFORE,** giving these circumstances, Defendant, Jontee D. Russell, respectfully request that the Honorable Judge Cohill's Judgement be Amended, by Ordering that his Federal Sentence which was imposed on June 22, 2005, run concurrent with the state sentence that the Defendant have served.

Defendant also respectfully request that the Court's Recommendation to start his federal sentence, credits that sentence from the date of his federal arrest on November 15, 2004. Defendant has been in continuous incarceration since that date, and unequivocally within Federal Jurisdiction, up to and including all time to the present.

Your equity jurisdiction and authoritative intervention, is greatly needed in this matter, so that Defendant, Jontee D. Russell, can be reunited with his family, as well as becoming a productive citizen in society.

This humble request is brought in good faith and for a just cause. 28 U.S.C. § 1746.

Date: 3-6-07

respectfull submitted,

*(signature)*
JONTEE D. RUSSELL
Fed. Reg. No.
Movant/Pro-se
FCI McKean
P.O. Box 8000
Bradford, Pennsylvania 16701.

## VERIFICATION.

I, Jontee D. Russell, Fed. Reg. No. #20238-068, do hereby certify that the foregoing is true and correct and that: (1) I am the Movant in the herein Motion. (2) I have read the Motion and everything herein is true and correct.

Date: 3-6-07

*(signature)*
JONTEE D. RUSSELL
Movant/Pro-se.

## CERTIFICATE OF SERVICE.

I, the undersigned, do hereby certify that a true and correct copy of the herein Motion to Amend Judgement, was conveyed to prison authorities, pursuant to the Legal Mail Policy, First Class Mail pre-paid, and properly addressed to the following parties.

        MARSHALL PICCININI, AUSA
        OFFICE OF THE U.S. ATTORNEY


Date: 3-06-07

        */s/ Jontee Russell*
        JONTEE D. RUSSELL
        FED. REG. NO. #20238-068
        Federal Correction Institution McKean
        P.O. Box 8000
        Bradford, Pennsylvania 16701.

March 7, 2007

JONTEE D. RUSSELL
Fed. Reg. No. #20238-068
Federal Correctional Institution McKean
P.O. Box 8000
Bradford, Pennsylvania 16701

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
Federal Courthouse
17 S. Park Row
Erie, Pennsylvania 16501

> RE: **U.S.A. v. Jontee D. Russell**
> Case No. 1:04CR00053-001

Dear Clerk,

    Enclosed please find Defendant's Motion to Amend Judgement, Certificate of Service, along with a copy of which is requested to be forwarded to **MARSHALL PICCININI, AUSA**, the prosecutor on the above titled case. (Mr. Piccinini's address is unknown to me at this time.)

    Your help and assistance is greatly needed in this matter, and much appreciative.

Very truly yours,

*Jontee Russell*
Jontee D. Russell
#20238-068.