Federal Correctional Institution McKean
Name: Sontee Russell
Reg.#: 20235045
P.O. Box 8000
Bradford, PA 16701

Legal Mail...

FEDERAL CORRECTIONAL INSTITUTION, MCKEAN
P.O. BOX 5000, BRADFORD, PA 16701
DATE 03-8-07

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.



RECEIVED
MAR - 9 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Office of the Clerk
United States district court
Western district of Pennsylvania
Federal Courthouse
17 S. Park Row
Erie, PA. 16501