IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 04-CR-53E |
| vs. | ) |
| JONTE D. RUSSELL | ) |

## MEMORANDUM ORDER

Pending before this Court is Defendant's Motion to Amend Judgment [Doc. #57].

Defendant's criminal case is currently on appeal to the United States Court of Appeals for the Third Circuit. Therefore, this Court does not have jurisdiction over Defendant's case at this time. Accordingly, this 18th day of April, 2007, it is HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Jonte D. Russell's Motion to Amend Judgment [Doc. #57] is DENIED WITHOUT PREJUDICE.

Maurice B. Cohill, Jr.
Senior District Court Judge

cc:   counsel of record
      Jonte D. Russell