IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | Criminal Number 04-53E |
| ) | |
| JONTEE RUSSELL ) | |

The above named defendant satisfied the judgment of JUNE 22, 2005 by paying on MARCH 12, 2007 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  _____
Deputy Clerk                                        Date