UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 05-3258

———————

UNITED STATES OF AMERICA

v.

JONTEE DAMON RUSSELL,

                Appellant

———————

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Criminal Action No. 04-cr-00053-1E)
District Judge: Honorable Maurice B. Cohill, Jr.

———————

Submitted Under Third Circuit LAR 34.1(a)
July 10, 2007

Before: RENDELL and AMBRO, <u>Circuit Judges</u>,
SHAPIRO,[*] <u>District Judge</u>

## JUDGMENT

    This cause came on to be heard on the record before the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on July 10, 2007.

———————

    [*]Honorable Norma L. Shapiro, Senior District Judge for the Eastern District of Pennsylvania, sitting by designation.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated June 22, 2005, is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

Dated: July 30, 2007

**Certified as a true copy and issued in lieu of a formal mandate on** August 21, 2007

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**